# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| PROF-2013-S3 LEGAL TITLE TRUST IV,<br><br>Plaintiff,<br><br>v.<br><br>SFR INVESTMENTS POOL 1, LLC, *et al.*,<br><br>Defendants. | Case No. 2:17-cv-00119-APG-NJK<br><br>**ORDER GRANTING MOTION TO LIFT STAY AND DENYING MOTION TO STAY**<br><br>(ECF Nos. 24, 26) |

This is one of many disputes over the effect of a nonjudicial foreclosure sale conducted by a homeowners association ("HOA") after the prior owner failed to pay HOA assessments. I previously stayed the case pending the conclusion of proceedings in *Bourne Valley Court Trust v. Wells Fargo Bank* and *Saticoy Bay LLC Series 350 Durango 104 v. Wells Fargo Home Mortgage*. ECF No. 23. Those proceedings have concluded. Plaintiff PROF-2016-S3 Legal Title Trust IV moves to lift the stay. ECF No. 24. Defendant SFR Investments Pool 1, LLC opposes and moves to continue the stay until the Supreme Court of Nevada answers a question certified to it by another district judge in this district. ECF Nos. 25, 26.

IT IS ORDERED that the motion to lift stay **(ECF No. 24) is GRANTED**.

IT IS FURTHER ORDERED that the countermotion to continue the stay **(ECF No. 26) is DENIED**.

IT IS FURTHER ORDERED that the stay in this case is lifted for all purposes.

DATED this 16th day of October, 2017.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE