WRIGHT, FINLAY & ZAK, LLP
Edgar C. Smith, Esq.
Nevada Bar No. 5506
Corrine P. Murphy, Esq.
Nevada Bar No. 10410
7785 West Sahara Avenue, Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
esmith@wrightlegal.net
cmurphy@wrightlegal.net
*Attorneys for Plaintiff/Counter/Cross-Defendant, PROF-2016-S3 Legal Title Trust IV, by U.S. Bank National Association, as Legal title Trustee*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| PROF-2013-S3 LEGAL TITLE TRUST IV, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL I, LLC, a Nevada Limited Liability Company; LA MANCHA HOMEOWNERS ASSOCIATION, INC.; ALESSI & KOENIG, LLC,<br><br>Defendants. | Case No.: 2:17-cv-00119-APG-NJK<br><br>**STIPULATION AND ORDER TO EXTEND RESPONSE AND REPLY DATES [ECF NO. 35] [ECF NO. 36] AND [ECF NO. 37]**<br><br>**(FIRST REQUEST)** |
| SFR INVESTMENTS POOL I, LLC, a Nevada Limited Liability Company,<br><br>Counter/Cross-Claimant<br><br>vs.<br><br>PROF-2013-S3 LEGAL TITLE TRUST IV, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE; and SUZANNE C. ESREY, an individual,<br><br>Counter/Cross-Defendants. | |

Plaintiff/Counter/Cross-Defendant, PROF-2013-S3 LEGAL TITLE TRUST IV, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE (hereinafter "U.S.

Bank"), by and through its attorneys of record the law firm of Wright, Finlay & Zak, LLP, Defendant/Counter/Cross-Claimant, SFR INVESTMENTS POOL 1, LLC (hereinafter "SFR") by and through its attorneys of record Kim Gilbert Ebron, and Defendant LA MANCHA HOMEOWNERS ASSOCIATION, INC. (hereinafter "La Mancha"), by and through its attorneys of record Boyack Orme & Anthony, hereby stipulate and agree as follows:

1. On November 1, 2017, SFR filed *SFR Investments Pool 1, LLC's Motion to Dismiss U.S. Bank, National Association's Complaint; or Motion for Summary Judgment in the Alternative; and Request for Judicial Notice* ("Motion") as EFC No. 35, 36 & 37.

2. Any response to SFR's motion to dismiss is due November 15, 2017 [ECF No. 35], and any response to SFR's alternative motion for summary judgment is due November 22, 2017 [ECF No. 36].

3. U.S. Bank's counsel requires additional time to respond to the Motion.

**IT IS HEREBY STIPULATED AND AGREED** that U.S. Bank's combined response to the Motion is now due on or before **Monday November 27, 2017**.

**IT IS FURTHER STIPULATED AND AGREED** that SFR's combined Reply is now due on or before **Monday December 11, 2017**.

///

///

///

///

///

///

///

///

This is the parties' first request for extension of this deadline and is not intended to cause any delay or prejudice to any party.

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED this 14th day of November, 2017. | DATED this 14th day of November, 2017. |
| KIM GILBERT EBRON | WRIGHT, FINLAY & ZAK, LLC |
| */s/ Diana S. Ebron* | */s/ Corrine P. Murphy* |
| Diana S.Ebron, Esq. | Edgar C. Smith, Esq. |
| Nevada Bar No. 10580 | Nevada Bar No. 5506 |
| Jacqueline A. Gilbert, Esq. | Corrine P. Murphy, Esq. |
| Nevada Bar No. 10593 | Nevada Bar No. 10410 |
| Karen L. Hanks, Esq. | 7785 West Sahara Avenue, Suite 200 |
| Nevada Bar No. 009578 | Las Vegas, NV 89117 |
| 7625 Dean Martin Drive, Suite 110 | *Attorney for Plaintiff/Counter/Cross-Defendant, PROF-2016-S3 Legal Title Trust IV, by U.S. Bank National Association, as Legal title Trustee* |
| Las Vegas, Nevada 89139 | |
| *Attorneys for Defendant/Counter/Cross-Claimant SFR Investments Pool 1, LLC* | |

DATED this 14th day of November, 2017.

BOYACK ORME & ANTHONY

*/s/ Jason Onello*
Edward D Boyack, Esq.
Nevada Bar No. 5229
Jason Onello, Esq.
Nevada Bar No. 14411
7432 West Sahara Avenue, Suite 101
Las Vegas, Nevada 89117-2769
*Attorneys for Defendant La Mancha Homeowners Association, Inc.*

**IT IS SO ORDERED.**

Dated: November 15, 2017.

_____
UNITED STATES DISTRICT JUDGE