Diana S. Ebron, Esq.
Nevada Bar No. 10580
E-mail: diana@kgelegal.com
Jacqueline A. Gilbert, Esq.
Nevada Bar No. 10593
E-mail: jackie@kgelegal.com
Karen L. Hanks, Esq.
Nevada Bar No. 9578
E-mail: karen@kgelegal.com
Kim Gilbert Ebron
*fka Howard Kim & Associates*
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PROF-2013-S3 LEGAL TITLE TRUST IV, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada Limited Liability Company; and LA MANCHA HOMEOWNERS ASSOCIATION, INC.,<br><br>Defendants. | Case No. 2:17-cv-00119-APG-NJK<br><br>**STIPULATION AND ORDER DISMISSING SUZANNE C. ESREY WITHOUT PREJUDICE** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada Limited Liability Company,<br><br>Counter/Cross-Claimant,<br><br>vs.<br><br>PROF-2013-S3 LEGAL TITLE TRUST IV, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE; and SUZANNE C. ESREY, an individual,<br><br>Counter/Cross Defendant. | |

Cross-Defendant SUZANNE C. ESREY ("Esrey") stipulates and agrees that she no longer has any interest, ownership or otherwise, in the real property commonly known as **3153**

- 1 -

La Mancha Way, Henderson, Nevada 89014; APN 178-06-811-016 ("Property"). Esrey has been informed that the Property was sold on February 20, 2013 by the foreclosure sale conducted by Alessi & Koenig, LLC ("Alessi"), agent for La Mancha Homeowners Association ("the Association"). Esrey further stipulates and agrees that she will not contest the validity of the resulting foreclosure deed recorded in the Official Records of the Clark County Recorder, Instrument Number 201302260003890 or SFR Investments Pool 1, LLC ("SFR") ownership interest in the Property.

Based on these representations, SFR Investments Pool 1, LLC and Esrey stipulate and agree that Esrey shall be dismissed from this action without prejudice, each party to bear their own fees and costs.

Dated this 9th day of February, 2018.

KIM GILBERT EBRON

DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
7625 Dean Martin Dr., Suite 110
Las Vegas, Nevada 89139
Phone: (702) 485-3300
Fax:   (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

Dated this 5th day of February, 2018.

SUZANNE C. ESREY

SUZANNE C. ESREY
132 E. Pacific Avenue
Apt. #212
Henderson, NV 89015
Phone: (702) 497-5517
*Cross-Defendant*

## ORDER

UPON STIPULATION of the parties, and good cause appearing therefore, it is hereby ORDERED that Cross-Defendant SUZANNE C. ESREY shall be dismissed from this action without prejudice, each party to bear their own fees and costs.

Dated: February 9, 2018.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted:


 /s/Diana S. Ebron
Diana S. Ebron, Esq.
Nevada Bar No. 10580
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Phone: (702) 485-3300
Fax:    (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*