WRIGHT, FINLAY & ZAK, LLP
Dana J. Nitz, Esq.
Nevada Bar No. 0050
Corrine P. Murphy, Esq.
Nevada Bar No. 10410
7785 West Sahara Avenue, Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
dnitz@wrightlegal.net
cmurphy@wrightlegal.net
*Attorneys for Plaintiff/Counter/Cross-Defendant, PROF-2016-S3 Legal Title Trust IV, by U.S. Bank National Association, as Legal title Trustee*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PROF-2013-S3 LEGAL TITLE TRUST IV, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL I, LLC, a Nevada Limited Liability Company; LA MANCHA HOMEOWNERS ASSOCIATION, INC.; ALESSI & KOENIG, LLC,<br><br>Defendants. | Case No.: 2:17-cv-00119-APG-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY**<br><br>**(FIRST REQUEST)** |
| SFR INVESTMENTS POOL I, LLC, a Nevada Limited Liability Company,<br><br>Counter/Cross-Claimant<br><br>vs.<br><br>PROF-2013-S3 LEGAL TITLE TRUST IV, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE; and SUZANNE C. ESREY, an individual,<br><br>Counter/Cross-Defendants. | |

Plaintiff/Counter/Cross-Defendant, PROF-2016-S3 LEGAL TITLE TRUST IV, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE ("U.S. Bank"), by and through its attorneys of record of the law firm of Wright, Finlay & Zak, LLP, Defendant/Counter/Cross-Claimant, SFR INVESTMENTS POOL 1, LLC ("SFR") by and through its attorneys of record Kim Gilbert Ebron, and Defendant LA MANCHA HOMEOWNERS ASSOCIATION, INC. ("La Mancha"), by and through its attorneys of record Boyack Orme & Anthony, (collectively "Parties") hereby stipulate and agree to extend discovery follows:

A. **DISCOVERY COMPLETED TO DATE:**

1. On November 2, 2017, the Court filed a Scheduling Order [ECF No. 38] setting forth the following discovery deadlines:

   Close of Discovery: April 30, 2018

   Motion to Amend Deadline: January 30, 2018

   Initial Expert Disclosure: March 1, 2018

   Rebuttal Expert Disclosure: April 2, 2018

   Dispositive Motion Deadline: May 30, 2018

2. La Mancha served its FRCP 26(f) Conference List of Witnesses and Documents on December 1, 2017.

3. U.S. Bank served its FRCP 26(f) Conference List of Witnesses and Documents on February 5, 2018.

4. SFR served its Notice Of Rule 30(B)(6) Deposition Of U.S. Bank National Association, on February 5, 2018, setting the deposition for April 16, 2018.

5. U.S. Bank served its Initial Disclosure of Expert Witness on February 23, 2018.

6. U.S. Bank served its Subpoena to Produce Documents, Information, or Objects to Alessi & Koenig, LLC, on March 1, 2018.

7. U.S. Bank served its Notice of Taking Deposition of F.R.C.P 30(B)(6) Witness For La Mancha Homeowners Association, Inc., on March 1, 2018, setting the deposition for April 20, 2018.

8. U.S. Bank served its Notice Of Taking Deposition Of F.R.C.P 30(B)(6) Witness For SFR Investments on March 1, 2018, setting the deposition for April 20, 2018.

9. SFR served its First Set of Interrogatories to U.S. Bank on March 12, 2018.

10. SFR served its First Request for Admissions to U.S. Bank on March 12, 2018.

11. SFR served its First Request for Production of Documents to U.S. Bank on March 12, 2018.

12. U.S. Bank served its First Set of Interrogatories to SFR on March 26, 2018.

13. U.S. Bank served its First Set of Requests for Production of Documents to SFR on March 26, 2018.

14. U.S. Bank served its First Set of Requests for Admissions to SFR on March 26, 2018.

15. U.S. Bank served its First Set of Interrogatories to La Mancha on March 26, 2018.

16. U.S. Bank served its First Set of Requests for Production of Documents to La Mancha on March 26, 2018.

17. U.S. Bank served its First Set of Requests for Admissions to La Mancha on March 26, 2018.

**B. DISCOVERY ANTICIPATED TO BE COMPLETED IN THE FUTURE:**

1. Depositions of Fact and Percipient Witnesses.

2. U.S. Bank to respond to remaining outstanding written discovery from SFR.

3. SFR to respond to remaining outstanding written discovery from U.S. Bank.

4. La Mancha to response to remaining outstanding discovery from U.S. Bank.

5. SFR to serve its FRCP 26(f) Conference List of Witnesses and Documents.

6. Additional production of documents and witness list from all Parties.

C. **REASONS WHY DISCOVERY SHOULD BE EXTENDED:**

The Parties are actively conducting discovery in this matter. Although La Mancha's 30(b)(6) deposition was set on March 1, 2018, for April 20, 2018, La Mancha's counsel recently learned they do not have deposition availability any time before mid-May, which is after the currently scheduled close of discovery. Further, there are outstanding written discovery requests, which likely the Parties will require an extension on in order to answer. An extension of the current discovery deadlines is necessary to allow all Parties to participate in and complete discovery, including set a key party's deposition and respond meaningfully to written discovery. The Parties are requesting a 60 day extension to allow sufficient time to re-schedule and conduct depositions and complete other outstanding discovery that may become necessary, as well as explore settlement.

D. **PROPOSED DISCOVERY EXTENSION:**

1. **The current discovery deadlines**

| | |
|---|---|
| Close of Discovery: | April 30, 2018 |
| Motion to Amend Deadline: | January 30, 2018 |
| Initial Expert Disclosure: | March 1, 2018 |
| Rebuttal Expert Disclosure: | April 2, 2018 |
| Dispositive Motion Deadline: | May 30, 2018 |

**2. Proposed extended discovery deadlines:**

| | |
|---|---|
| Deadline to complete discovery: | **Monday, June 11, 2018**[1] |
| Motion to Amend Deadline: | January 30, 2018 (unchanged) |
| Initial Expert Disclosure: | March 1, 2018 (unchanged) |
| Rebuttal Expert Disclosure: | April 2, 2018 (unchanged) |
| Dispositive Motion Deadline | **Wednesday, July 11, 2018** |

This Request is made in good faith and is made 21 days prior to the close of discovery.

**IT IS SO STIPULATED.**

DATED this 9th day of April, 2018.          DATED this 9th day of April, 2018.

KIM GILBERT EBRON                            WRIGHT, FINLAY & ZAK, LLC

/s/ Diana S. Ebron                           /s/ Corrine P. Murphy
Diana S. Ebron, Esq.                         Dana J. Nitz, Esq.
Nevada Bar No. 10580                         Nevada Bar No. 0050
Jacqueline A. Gilbert, Esq.                  Corrine P. Murphy, Esq.
Nevada Bar No. 10593                         Nevada Bar No. 10410
Karen L. Hanks, Esq.                         7785 West Sahara Avenue, Suite 200
Nevada Bar No. 009578                        Las Vegas, NV 89117
7625 Dean Martin Drive, Suite 110            *Attorney for Plaintiff/Counter/Cross-*
Las Vegas, Nevada 89139                      *Defendant, PROF-2016-S3 Legal Title Trust*
*Attorneys for Defendant/Counter/Cross-*     *IV, by U.S. Bank National Association, as*
*Claimant SFR Investments Pool 1, LLC*       *Legal title Trustee*

DATED this 9th day of April, 2018.

BOYACK ORME & ANTHONY
/s/ Adam Breeden
Edward D. Boyack, Esq.
Nevada Bar No. 5229
Adam Breeden, Esq.
Nevada Bar No. 8786
7432 West Sahara Avenue, Suite 101
Las Vegas, Nevada 89117-2769
*Attorneys for Defendant La Mancha*
*Homeowners Association, Inc.*

---

[1] Actual date: Sunday June 10, 2018

U.S. Bank v. SFR Investments; La Mancha HOA
Case No. 2:17-cv-00119-APG-NJK

**NO FURTHER EXTENSIONS WILL BE GRANTED.**

**ORDER**

IT IS SO ORDERED.

Dated: April 10, 2018

_____
UNITED STATES MAGISTRATE JUDGE

Respectfully Submitted by:

WRIGHT, FINLAY & ZAK, LLC

*/s/ Corrine P. Murphy*
Dana J. Nitz, Esq.
Nevada Bar No. 0050
Corrine P. Murphy, Esq.
Nevada Bar No. 10410
7785 West Sahara Avenue, Suite 200
Las Vegas, Nevada 89117-2789
*Attorneys for Plaintiff/Counter-Defendant PROF-2013-S3 Legal Title Trust IV, by U.S. Bank National Association, as Legal Title Trustee*