| | |
|---|---|
| 1 | WRIGHT, FINLAY & ZAK, LLP |
| 2 | Christina Miller, Esq.<br>Nevada Bar No. 12448 |
| 3 | Joseph A. Dragon, Esq.<br>Nevada Bar No. 13682 |
| 4 | 7785 West Sahara Avenue, Suite 200<br>Las Vegas, NV 89117 |
| 5 | (702) 475-7964; Fax: (702) 946-1345 |
| 6 | jdragon@wrightlegal.net |
| | *Attorneys for Plaintiff/Counter/Cross-Defendant, PROF-2016-S3 Legal Title Trust IV, by U.S.* |
| 7 | *Bank National Association, as Legal Title Trustee* |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PROF-2013-S3 LEGAL TITLE TRUST IV, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL I, LLC, a Nevada Limited Liability Company; LA MANCHA HOMEOWNERS ASSOCIATION, INC.; ALESSI & KOENIG, LLC,<br><br>Defendants.<br><br>SFR INVESTMENTS POOL I, LLC, a Nevada Limited Liability Company,<br><br>Counter/Cross-Claimant<br><br>vs.<br><br>PROF-2013-S3 LEGAL TITLE TRUST IV, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE; and SUZANNE C. ESREY, an individual,<br><br>Counter/Cross-Defendants. | Case No.: 2:17-cv-00119-APG-NJK<br><br>**STIPULATION AND ORDER FOR PLAINTIFF PROF-2013-S3 LEGAL TITLE TRUST IV, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE "PLAINTIFF" AND LA MANCHA HOMEOWNERS ASSOCIATION, INC ("HOA") TO EXTEND TIME TO RESPOND TO EACH OTHERS OPPOSITIONS IN RESPONSE TO DEFENDANT SFR INVESTMENTS POOL I, LLC'S OPPOSITION TO ITS MOTION FOR SUMMARY JUDGMENT [ECF NO. 66].** |

COMES NOW, Plaintiff/Counter/Cross-Defendant, PROF-2016-S3 Legal Title Trust IV, by U.S. Bank National Association, as Legal Title Trustee ("Plaintiff" or "U.S. Bank"), by and through its attorneys of record, Christina Miller, Esq., and Joseph A. Dragon, Esq., of the law firm Wright, Finlay & Zak, LLP,, and Defendant LA MANCHA HOMEOWNERS ASSOCIATION, INC. ("HOA" or "Defendant"), by and through their attorney of record, Adam J. Breeden, Esq. of the Law Firm of BOYACK ORME & ANTHONY, and hereby stipulate as follows:

HOA's Opposition to Plaintiff's Motion for Summary Judgment [ECF. No. 66] and Joinder to Counter-Defendant, SFR Investment Pools, LLC ("SFR") Motion for Summary Judgment [ECF. No. 65] and Plaintiff's Opposition to SFR's Motion (hereinafter "the Motions") were filed on August 1, 2018, with a response due on August 15, 2018. The Plaintiff and HOA hereby agree to extend the deadline for each other to file and serve their responses to the Motions from August 15, 2018 to August 22, 2018.

This is the parties' first request for extension of this deadline, and is not extended to cause any delay or prejudice to any party.

DATED this 15 day of August, 2018.                    DATED this 15 day of August, 2018.

**WRIGHT, FINLAY & ZAK, LLP**                         **BOYACK ORME & ANTHONY**

*/s/ Joseph A. Dragon*                                */s/ Edward D. Boyack, Esq.*
Christina V. Miller, Esq.                             Edward D. Boyack, Esq
Nevada Bar No. 12448                                  Nevada Bar No. 005229
Joseph A. Dragon, Esq.                                Adam J. Breeden, Esq.
Nevada Bar No. 13682                                  Nevada Bar No. 008768
7785 W. Sahara Ave., Suite 200                        7432 W. Sahara Ave., STE 101
Las Vegas, NV 89117                                   Las Vegas, Nevada 89117
*Attorney for Plaintiff/Counter/Cross-Defendant, PROF-2016-S3 Legal Title Trust IV, by U.S. Bank National Association, as Legal Title Trustee*    *Attorneys for LA MANCHA HOMEOWNERS ASSOCIATION, INC*

1 **ORDER**

2     IT IS HEREBY ORDERED that Plaintiff shall have until August 22, 2018 to file and

3 serve a response to Defendant, SFR Investments Pool I, LLC's Motion for Summary Judgment

4 [ECF No.68].

5     IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
Dated: August 16, 2018.

Respectfully Submitted by:
WRIGHT, FINLAY & ZAK, LLP

*/s/ Joseph A. Dragon*
Christina V. Miller, Esq.
Nevada Bar No. 12448
Joseph A. Dragon, Esq.
Nevada Bar No. 13682
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorney for Plaintiff/Counter/Cross-Defendant,*
*PROF-2016-S3 Legal Title Trust IV, by U.S. Bank*
*National Association, as Legal Title Trustee*

**CERTIFICATE OF SERVICE**

Pursuant to NRCP 5(b), I certify that I am an employee of WRIGHT, FINLAY & ZAK, LLP, and that on this 15th day of August, 2018, I did cause a true copy of **STIPULATION AND ORDER FOR PLAINTIFF PROF-2013-S3 LEGAL TITLE TRUST IV, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE TO EXTEND TIME TO RESPOND TO DEFENDANT SFR INVESTMENTS POOL I, LLC'S OPPOSITION TO ITS MOTION FOR SUMMARY JUDGMENT [ECF NO. 68] (First Request),** to be electronically served to all parties and counsel as identified on the Court-generated Notice of Electronic Filing, and/or by depositing a true and correct copy in the United States Mail, addressed as follows:

Diana C. Ebron, Esq.
Nevada Bar No. 10580
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139

*Attorneys for SFR Investments Pool I, LLC*

                          ___/s/ Dekova Huckaby_____
                          An Employee of WRIGHT, FINLAY & ZAK, LLP