Diana S. Ebron, Esq.
Nevada Bar No. 10580
E-Mail: diana@kgelegal.com
Jacqueline A. Gilbert, Esq.
Nevada Bar No. 10593
E-Mail: jackie@kgelegal.com
Karen L. Hanks, Esq.
Nevada Bar No. 9578
E-Mail: karen@kgelegal.com
Kim Gilbert Ebron
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139-5974
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorney for Defendant/Counterclaimant/Cross-Claimant,
SFR Investments Pool 1, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PROF-2013-S3 LEGAL TITLE TRUST IV, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada Limited Liability Company; and LA MANCHA HOMEOWNERS ASSOCIATION, INC.,<br><br>Defendants. | Case No.: 2:17-cv-00119-APG-NJK<br><br><br>**ORDER EXPUNGING LIS PENDENS** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>Counterclaimant/Cross-Claimant,<br><br>vs.<br><br>PROF-2013-S3 LEGAL TITLE TRUST IV, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE; and SUZANNE C. ESREY, an individual,<br><br>Counter-Defendant/Cross-Defendants. | |

KIMGILBERT EBRON
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NEVADA 89139
(702) 485-3300 FAX (702) 485-3301

## ORDER EXPUNGING LIS PENDENS

This matter came before the Court on SFR INVESTMENTS POOL 1, LLC's ("SFR") Motion to Expunge Lis Pendens as part of SFR's Motion for Summary Judgment (ECF No. 64) filed on July 11, 2018.

Having considered argument of counsel and good cause appearing

IT IS ORDERED ADJUDGED AND DECREED that SFR's Motion to Expunge Lis Pendens is GRANTED.

IT IS FURTHER ORDERED AND DECREED that, the Notice of Lis Pendens recorded by PROF-2013-S3 LEGAL TITLE TRUST IV, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE's ("U.S. Bank" or "Bank") on January 13, 2017 as Instrument No. 20170113-0001945 is forever released, expunged or discharged upon recordation of a copy of this Order.

Dated: March 12, 2019.

_____
UNITED STATES DISTRICT JUDGE

Prepared and submitted by:

KIM GILBERT EBRON

 */s/ Diana S. Ebron*
DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
JASON G. MARTINEZ, ESQ.
Nevada Bar No. 13375
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139

*Attorneys for*
*SFR Investments Pool 1, LLC*