# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PROF-2013-S3 LEGAL TITLE TRUST IV,<br><br>Plaintiff<br><br>v.<br><br>SFR INVESTMENTS POOL 1, LLC, et al.,<br><br>Defendants | Case No.: 2:17-cv-00119-APG-NJK<br><br>**Order Directing the Clerk of Court to Disburse the Cash Deposit**<br><br>[ECF No. 13] |

IT IS ORDERED that the clerk of court is instructed to disburse the $500 cash deposit (ECF No. 13) plus interest to plaintiff PROF-2013-S3 Legal title Trust IV, by U.S. Bank National Association, as Legal Title Trustee.

DATED this 9th day of April, 2019.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE