UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| PROF-2013-S3 LEGAL TITLE TRUST IV, | Case No.: 2:17-cv-00119-APG-NJK |
|---|---|
| Plaintiff | **Amended Order Directing the Clerk of Court to Disburse the Cash Deposit** |
| v. | [ECF No. 13] |
| SFR INVESTMENTS POOL 1, LLC, et al., | |
| Defendants | |

IT IS ORDERED that the clerk of court is instructed to disburse the $500 cash deposit (ECF No. 13) plus interest to the law firm of Wright Finlay & Zak, LLP, which made the deposit on behalf of plaintiff PROF-2013-S3 Legal title Trust IV.

DATED this 10th day of April, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE